**Order entered October 28, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-20-00428-CV**

## IN THE INTEREST OF D.F.D. AND T.Z.D., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19199**

## ORDER

Before the Court is appellant's October 26, 2020 "Motion to Demand this Court Read All Pleadings Defendant Files with this Court, and Adhere Only to Constitutionally Compliant Law and Case Law, and Particularly, the Bill of Rights, in Its Rulings." Because appellant does not seek affirmative relief other than for the Court exercise its duty, we **DENY** the motion.

Also before the Court is appellant's October 26, 2020 "Motion: Standard of Review." The motion focuses on the standard of review for recusal orders. We **DENY** the motion.

Appellee and the Office of the Attorney General have filed their respective briefs on the merits. On the Court's own motion, we extend the time for appellant to file any reply brief to **November 23, 2020**. *See* TEX. R. APP. P. 38.3.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE